# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARK ANTHONY JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1359

[May 13, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562023CF000779AXXXXX.

Daniel Eisinger, Public Defender, and Siobhan Shea, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* *Wall v. State*, 326 So. 3d 1065, 1069-70 (Fla. 2021) ("[A] presumption of competence attaches from a previous determination of competency to stand trial." (first quoting *Hunter v. State*, 660 So. 2d 244, 248 (Fla. 1995); and then citing *Durocher v. Singletary*, 623 So. 2d 482, 484 (Fla. 1993))); *Boyd v. State*, 910 So. 2d 167, 187 (Fla. 2005) ("Once a defendant is determined competent to stand trial, a presumption of competence attaches to the defendant in later proceedings." (citing *Durocher*, 623 So. 2d at 484)).

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***